**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MARLO CARTER**                                                                                          **PLAINTIFF**
**ADC #174069**

**v.**                                    **CASE NO: 5:19CV00363-JM**

**COLMEN,** *et al*.                                                                                    **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's claims are dismissed without prejudice.

2.      Plaintiff's Complaint, as amended (Doc. No. 6) is dismissed without prejudice.

3.      This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

4.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 18th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE