IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARLO CARTER**  PLAINTIFF
**ADC #174069**

**v.**  **CASE NO: 5:19CV00363-JM**

**COLMEN,** *et al*.  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 18th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE